JOHN L. TURNURE et al., appellants,

*v*

ELLEN TURNURE et al., respondents.

On appeal from a decree of the Ordinary, whose opinion is reported in *Turnure* v. *Turnure, 8 Stew. Eq. 437.*

*Mr. Allan L. McDermott,* for appellants.

*Mr. R. P. Wortendyke* and *Mr. Jos. D. Bedle,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the Ordinary, without costs in this court.